Division, Second Department. December 29, 1905.) Action by the Dime Savings Bank of Brooklyn against Nathaniel Marsh and others. No opinion. Order affirmed, with $10 costs and disbursements.

DOMEYER v. HOES. (Supreme Court, Appellate Division, First Department. Dec. 15, 1905.) Action by. Charlotte Domeyer against William M. Hoes. No opinion. Motion granted.

DONOHUE, Respondent, v. AMERICAN BRIDGE CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Thomas A. Donohue against the American Bridge Company of New York.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., dissents.

DOSCHER, Appellant, v. POTTS, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Charles Doscher against Frederick A. Potts, as treasurer. I. N. Miller, for appellant. W. M. Seabury, for respondent. No opinion. Judgment affirmed, with costs.

DOYLE, Respondent, v. HOGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by John Doyle against Charles W. Hogan and another. C. A. Curtin, for appellants. F. E. Fishel, for respondent. No opinion. Judgment and order affirmed, with costs.

DRISCOLL, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Humphrey Driscoll against the Interurban Street Railway Company. B. H. Ames, for appellant. H. W. Unger, for respondent. No opinion. Judgment and order affirmed, with costs.

DRISCOLL, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by John B. Driscoll against the New York & Queens County Railway Company. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

DUNN, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by James J. Dunn against the Interurban Street Railway Company. B. H. Ames, for appellant. G. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs.

DUNN, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by James J. Dunn against the Interurban Street Railway Company. B. H. Ames, for appellant. G. W. Smith, for respondent. No opinion. Order affirmed, with costs.

DUPIGNAC et al. v. FRIEDMAN et al. (Supreme Court, Appellate Division. First Department. December 30, 1905.) Action by Rosa H. S. Dupignac and others against William Friedman and others. P. J. McCook, for appellants. R. H. Lyon, for respondents. No opinion. Interlocutory judgment affirmed, with costs.

DWIGHT v. LAWRENCE. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Julia S. Dwight against Samuel R. Lawrence. No opinion. Motion denied.

DWYER, Appellant, v. GEARIN, Comptroller, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) In the matter of the application of Thomas H. Dwyer, for a writ of mandamus against William H. Gearin, as comptroller of the city of Troy.

PER CURIAM. Order affirmed, with costs. KELLOGG, J., dissents.

DWYER, Respondent, v. SEELEY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Edward L. Dwyer against Edward A. Seeley and another. L. Squires, for appellants. W. J. Dawley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DYHR, Respondent, v. BUSH CO., Limited, et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Jens Peter Dyhr against the Bush Company, Limited, and the Scandinavian-American Line.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

EASTMAN KODAK CO., Appellant, v. LEWIS, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by the Eastman Kodak Company against Julius L. Lewis. W. B. Philipp, for appellant. E. G. Stevens, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EDISON, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Philip Edison against the Interurban Street Railway Company. C. Goldzier, for appellant. B. H. Ames, for respondent. No opinion. Judgment affirmed, with costs.

EDMONDS, Appellant, v. ATTUCK MUSIC PUB. CO., Respondent. (Supreme Court, Ap-